BRIAN P. BERSON
Attorney at Law (CSBN 130249)
1000 Brannan St #488
San Francisco, CA 94103
Telephone: (415) 788-2707
Fax: (415)522-1506
brian@bersonlaw.net

Attorney for Third Party Movant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: *IN RE THE SEARCH OF EMAIL ACCOUNTS (REDACTED)@GMAIL.COM, ET AL.* | **Case No.: 17-mj-70752-VC** <br><br> **NOTICE OF APPEARANCE** |
|---|---|

TO: THE HONORABLE UNITED STATES DISTRICT JUDGE CHHABRIA, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ASSISTANT UNITED STATES ATTORNEYS COLIN SAMPSON AND JOHN HEMANN:

    PLEASE TAKE NOTICE that Brian P. Berson has made a general appearance and is the attorney of record for the Third Party Movant in the above-captioned matter.

DATED: October 4, 2017

                                          _____
                                          BRIAN P. BERSON
                                          Attorney for Third Party Movant

NOTICE OF APPEARANCE